

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Soriano Angel Dominguez, Appellant

No. 06-13-00164-CR          v.

The State of Texas, Appellee

Appeal from the Criminal District Court No. 7 of Dallas County, Texas (Tr. Ct. No. F12-11228-Y). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect appellant's plea of "not true" to the enhancement allegations and to show the jury's finding of "true" on the enhancement issue. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Soriano Angel Dominguez, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 8, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk